Allen Washington D-50447 (Slave name)
In PRO SE
Plaintiff is homeless

(323) 643-7188 (cell phone #)

Send mail to:
HOPE FAMILY HOME
12023 Gertrude Dr.
Lynwood, Ca. 90262
Attn: December DieFear

FILED

2008 APR -3 PM 4:25

CLERK US DI...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____/M/_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0615 H RBB

Civil Case No._____
(to be supplied by Court Clerk)

**COMPLAINT under
Civil Rights Act
42 U.S.C. Section 1983;
MONTARY DAMAGES and
ORDER FOR INJUNCTION RELIEF**

Motion To Proceed In Forma Pauperis

**Allen Washington,**
**Plaintiff.**                                                    )
                                                                  )
                                                                  )
**VS.**                                                           )
                                                                  )
                                                                  )
**Arthur Almazan, Parole agent**                                  )
**Ms. J. Miller, Parole unit Supervisor.**                        )
**Co-Workers with the Division #3**                               )
**South Central Los Angeles Parole Region**                       )
**Agent Nelson, Appeal Processer Agent with**                     )
**Department of Correction and Board of Prison Term (BPT),**      )
**Director of CDC and the Governor of the State of**              )
**California Arnold Swarsineggar., el. at.**                      )
**Defendants.**                                                   )
_____)

## A. JURISDICTION
To the Honorable **Magistrate Judge of THE UNITED STATES DISTRICT COURT for Southern District of California**

Jurisdiction is invoked pursuant to **28 U.S.C. Section 1983 and the United States U.S.CONSTITUTION 8th, 13th, 14th**

**Amendments; U.S. Declaration of Independence and the Natural Laws of GOD ALMIGHTY.**
**B. Parties**
**1. Plaintiff:** This complaint alleges that the Civil Rights, Human Rights and GOD given Rights of the Plaintiff,
    **Allen Washington**, were violated by the actions of the below named individuals defendants

1.

ORIGINAL

The acitons were directed against the Plaintiff at the Parole Office located on **2444 S. Alemada St.Los Angeles, California 90058** the plaintiff was arrested and return back to prison unjustly on these dates:

**April 28, 2005. October 4, 2006 and May 27, 2007**
(count 1)        (count 2)        (count 3)

**2. Defendant**: **Arthur Almazan** resides in place, unknown to the plaintiff, but he is employed as a Parole Agent for the Board of Prison Term at the Parole Office mentioned above. The Defendant is being sued in his individual capacity. Acting under the "color of law" by repeatedly abused of authority. Motivated by a deep seeded **racism hatred** against this black Negro Plaintiff. Defendant gave a **"knowingly"** false reports to the Board of Prison Term (BPT) to Absconding charges, in order to send this Plaintiff back to prison unjustly. Causing the plaintiff too greatly suffer cruel and unusual punishment. Costing **Taxpayers** more money to have people re-incarcerated for a longer duration; more time on parole supervision. Wasting "taxpayer's money." The Defendants should be prosecuted for abusing "public trust." Because more people and families are being ill effected by the injustice caused by the Defendants herein.

**3. Defendant: Ms. Miller** resides in a place, unknown to the plaintiff, but she is employed as a parole Unit Supervisor at the Parole Office mentioned above. This defendant abused her authority and discretion. And conspired to do mischief to this homeless plaintiff. The defendant also showed deliberated indifference by authorizing each time, with her signature, for a warrant out for the plaintiff's arrest. The injustice, to false imprison this plaintiff, is very cruel and unusual.

**Count 2:** On October 4, 2006 at the Parole office the plaintiff was arrested. The defendant, Ms. J. Miller gave a direct order to

Agent Almazan and other co-workers to take this plaintiff money out of his pockets; while handcuffed pushed to the wall; disrespected by snatching off my Kufee (a religious cap wore on the head) trying to provoke the plaintiff to anger. By the words of Ms. Miller who said, (to this plaintiff) "You are not discharged until we say you are!" Being harassed by **Defendant 2** along with his partner and fellow co-workers all under the authority of the Ms. Miller unit Supervisor Who gave a direct order to take this plaintiff money and merchandise of jerseys, socks, t-shirts etc., that this plaintiff legally bought and obtain for resale in order to continue to support himself while being homeless. The plaintiff do declare, that he is a "street vendor" the only source of income I have presently. (see request to file **IN FORMA PAUPERIS**).

**C. Caused of Action**
Count 1: The following civil right has been violated: the plaintiff 8th Amendment of the U.S. Constitution have been violated that guarantees, this plaintiff to be free from cruel and unusual punishment.

Defendant arbitrarily and malicious actions against the plaintiff was motivated by racism hatred against the plaintiff. That caused the Defendant to give a "knowingly" false report to the BPT as to the Absconding and other charges. In order to have this plaintiff, suffer repeatedly of arrests, and return back to prison unjustly.

2.

**Statements of Facts:** Sentence to 2years and 3 years on Parole Supervision.
On August 30, 2002 the Plaintiff was forced to enter a plea of "No contest." due to the a threat and fear tactics of the "3" (three) Strike Law." in a domestic Spouse
Abuse charged. **Case no. #TA065627** in the Compton Superior Court for California Compton CourtHouse.  Judge Kelvin D. Filer. the lower court has no further jurisdiction.
Paroled on August 31, 2003. to Agent Arthur Almazan,( A.O.R) to the State **Parole Office on 2444 Alemada Street  Los Angeles Ca. 90058** A.O.R unjustly denied the Plaintiff a full Discharge after "13" months clean" on parole.
From **August 30 2003 to August 30 2006 is 3 years on parole supervision**.  But the plaintiff do not get the same treatment and repect as other parolees who is non-Black.
To be free from this cruel punishment on parole supervision. Costing Taxpayers more money to send a parolee back to prison unjustly.  Causing the recidivism rate to be extremely high.

 March of 2005  Arthur Almazan, A.O.R.(Agent on Record) filed a warrant for my arrest as a Parolee at Large warrant only, Signed by the
Unit Supervisor Ms. Miller for allegedly Absconding Charges. When in FACT that A.O.R. knew that I was Homeless living in my van automobile. in Leimert Park.  2nd charge for Failure to partisciate in an Anger Management Class.
Fact: that this Parolee completed a Course of Anger Management Class from 2003 to 2004 at the Parole office when paroled in 2003.

Ordered by A.O.R.  after the  completion of that class.  A.O.R. wanted the Plaintiff to enroll in another  Anger Management class in which Plaintiff completed see **(Exhibited "A")**.
The plaintiff took the initiative-too enrolled himself in SouthWest College in 2005.  And had a perfect attendance-Until my re-turned to custody. And was enrolled in Anger Management course to become a Certified Counsellor
that would have allowed me to speak from experience to share my knowledge with others about anger. While getting paid for it.

On May 28, 2005 parolee went back to jail and returned to custody for absconding charges And my car in which I was living in was towed away.  I had asked A.O.R.  to get the Plaintiff's  BMW automobile
out of the impound.  In which the Plaintiff  just received his College Grant money to give to A.O.R. to get my car out.
Denied my request to get my classic automobile, worth $100,000.00 (Hundred Thousand dollars)
as rare, 1984 BMW classic.

 Moreover, after I got out of L. A. County Jail on Sept 1, 2005 A.O.R denied the Plaintiff **a simply letter, for the record**, that A.O.R. would know exactly where to find the Plaintiff at a given time, since the Plaintiff is homeless. Without any help from the Defendants for financial support to get some type of residence. The only solutions  was to make myself available for parole supervision by the Plaintiff legal enrollment and attendance at SouthWest College on Mondays, Tuesdays, and Wednesday the days and time scheduled that  Plaintiff is in class.  Leaving no doubts to my where abouts.  Knowing at a specific time and place that the Plaintiff could be found at SouthWest College.
This too was denied.   Fact is that I had informed Ms. Miller and Almazan that the plaintiff was enrolled in College.  And that the plaintiff is a life time student.

**On May 28, 2007 for the 3rd (third) time returned to custody.** The Plaintiff suffered the losted of his van and about 3 thousand dollars worth of merchandise and items due to A.O.R."false" charges of Absconding again.
When in fact that Agent Almazan knew that I was homeless living in Leimert Park.  For over 3 years A.O.R. will come and see the Plaintiff  selling T-shirts, socks, etc. or Preaching the Word of the Living GOD from the HOLY BIBLE.
And the plaintiff often questioned the defendant Almazan as to why do he hate Black folks so much? The defendant Almazan never responded.

The Plaintiff witnesses are: the Business owners, customers and other Homeless poeple who live in Leimert Park area.  Upon request from this COURT will furnish names and phone numbers
of all or any of the Business owners-of Leimert Park Villagers Merchants, African Church Drum Circle or Leimert Park Farmers Markets.

**More Facts**:
Plaintiff-did-5 months in the Los Angeles County Jail in 2005  And while  incarcerated the Plaintiff experienced--and witness and lived through the Los Angeles County Jail Race Riot in the years 2005 and 2006.  I begged A.O.R to get me out of the  L.A. County Jail because your people, the SouthSiders (**LATINOS gangs)  was attacking us Black Negroes.** "Only" because we were-born Black in America.-A.O.R

3.

laughed-at me when calling from an inmate phone in jail. And denied my many requests to be put in a State Facility in stead of being in the L.A. County Jail. Since I was legally consider **"State property"**

**Arguement**

A.O.R simply lefted me there in the County Jail to be murder by Latinos race or catch more charges or more prison time,trying to defend myself. In which a lot of Blacks caught more time. During the L.A. Race Riots in the L.A. County Jail in the year of
2005 and 2006. In which 3 known reports of Negro Blacks, African Americans died in that race riot. That is why the plaintiff is the victim of false imprisonment to cause my demise. Sabotaging my efforts for a residence.
Leaving the plaintiff homeless in order to perpetrate false reports of absonding in order to send me back to prison to make me suffer the fate of death.

**More Facts**
To resolve the issue, of the Plaintiff being homeless, and not having to be worrying, about A.O.R. putting false charges of Absconding on the Plaintiff. In order to get Plaintiff re-arrested and return to prion. The Plaintiff, submitted both on record and verbally, and had-offered some practical solutions to Agent Almazan and Ms. Miller, to only be rejected. These solutions came in the form of some legitimate requests to secure a safe and permanent Residence free from hostility. Unfortunately, as result of my many requests to establish a residence. The Plaintiff was ultimately deprived- rejected and denied of his requests
by the Defendants unjustly. And Suffered repeatedly of reprisals by A.O.R. in the form of false imprisonment and false reports. Because of the Defendant Almazan deep racism hatred against the Plaintiff to denied my
resolution to secure a stable residence. Also the plaintiff was denied to go help and live with <u>my sister Helena Williams and my kids in Barstow California</u>. After I got out again,
on September 1, 2005 even when I had about 1 year left on parole. Therefore, it was the use of the false absconding charges to cause my demise. Due to the deep racism hatred of
the defendant Almazan.

**More Facts:**
<u>**To show a continue of reprisals and oppression by the Defendants' will to make this Plaintiff suffer unjustly by having a perpetual struggle as a "slave"trys to be free from his cruel Master**</u>.

The Plaintiff filed numerous of requests-on Inmate 602 Appeals form that addresses these major problems. But never was answered or reply to by any of the Defendants.
nor on the Administrative levels.-And the Plaintiff had literally begged and pleaded to Ms. Miller in 2005 and 2006, and 2007--humbly and respectfully in a soft tone begging voice, **to simply transfer me to another parole office** or **give me another parole officer** due to this major problem of--racism hatred that is being displayed against this Parolee by Agent Almazan. The plaintiff had mentioned to Ms. Miller that I had no
problems reporting or doing what I have been forced to do in order to get off of parole and go on with my life. But Ms. Miller Rejected and Denied me this easy solution. Even now
when I got less than 100 days left to do, according to the Defendant Almazan intentionally **mis- calculated** of my
<u>**Maximum Release Date for Discharge. Changed, for the upteen time, to now July 10, 2008. (see Exhibit " B ")**</u>
And this is not only my problem but a lot other Black parolees out of this Region #3 Division Parole Office are having their Discharge dates mis-calculated intentionally.

**I, the Plaintiff do declare that:**
The Plaintiff is not a threat to the United States of American and its citizen; has no prior record of Violence; is not a gang banger,
has no sexual crimes, no crimes with a weapon used, Has not committed any crime since 1996 of petty theft. Is not a murder,nor child molester nor a homosexual; nor a torrist.

But the plaintiff do declare that he is a GOD fearing man; the Faith of a Hebrew from the Tribe of Judah; and the selling of our Brother Joseph
House to the American Merchant in African Slave Trade in the year 1619. And the **DRED SCOTT** case has come to huant the Plaintiff in this case. As to whether or not the Plaintiff is still
consdier "state property." Making my grounds for relief under the Guaranteed rights of the United States Constitution does not apply to this Black Negro and his Race of Arican Americans. **"forever"** being slaves. Still in the year of 2008. (MMVIII) Making the African American Negro race is still consider 3/ 5 of property. And the Plaintiff contends that he is being treated as property. While the Defendants get highly paid for the parole supervision of this plaintiff. Who is being taking advantage of because he is black and homeless.
The Defendant Almazan came to Leimert Park on 28th of February 2008 at 7:30pm at night to continue to oppress me.

4.

By saying "You do not want to go back to jail" Ms. Miller called--the Plaintiff on his cell phone at about 6:43pm that night on March 6, 2008 to come in to speak with her.  Did not mentioned and refused to tell me want was the urgency as to why Ms. Miller wanted this plaintiff in her office.

**Arguement:**
   The only thing the Plaintiff could say to Ms. Miller was, do you want me to come to your Office so you can arrest me again and take my money again.  That's why an investigation is necessary
to promote justice. For an example:  like the Rampart Police Division was under investigation to
expose the evil.  Just like New York Governor Spencer resigned on 3-12-2008  for his wrong doing.   No one. Not the defendants Almazan nor Ms. Miller is above the LAW of
TRUTH.

   Moreover, most parolees- who has less than 100 days like the plaintiff have left.
Most parolees will not suffer this kind of oppression and harassment by any parole Agents especially when a parolee has under 4 months left.
to be finally Discharged off parole supervision. Therefore, Plaintiff suspects something  terribly evil is going on.  To provoke this Plaintiff to act out in self -defense.

   The Plaintiff is in fear that if he goes to Ms Miller office she would have me re-
incarcerated; or take my  money again. or  put extra charges on me.  The Plaintiff is in fear of his life.  Thats why a thorough and
proper investigation should be Granted  to deter the defendants from their cruelty abuses on all parolees.  No matter how powerful Almazan and Ms. Miller are.  **The Defendants are not above the Law.**

**More Facts:**
  In 2005  the parolee requested to go live with my Sister and my kids.  Denied by A.O.R.
  In September 2005 parolee asked to be transfer to New Orleans, after hurricane Katrina devastated my people;and
  since my Grandmother own property there in Lousiana. It would be a good stable residence for me.    Denied by A.O.R.
to go to New Orleans to help my people rebuild.

  Parolee asked A.O.R. while in custody, a month lefted ,on my 5 months violation; got out of jail on Septemeber 1, 2005  I  asked A.O.R. to provide me with my own
Gate Money.  A.O.R. Denied my gate money  ( money you receive when parole from prison) denied badly needed food vouchers,  bus tokens, I.D.  and other benifits given to all parolees.  Was Denied and
deprived to the $1,400.00 that is given to all "HIGH CONTROL" parolees for a permanent residence.  That comes with a monthly allowance.  In which this
Plaintiff do asked for this money and all back pay since August 31, 2003 ( the amount of money is to be determine by this Court).

**Question to the Court  Magistrate Judge:**
  Tell me. Why would the defendants and Ms.Miller, who gave a direct order to take my money, when arresting the Plaintiff at the Parole Office on October 4, 2006  would you take and keep money from a Homeless person?  Even the money I had saved for my kids? Unless they are crooked Parole Agents.

On January of this year 2008 my children told me that they love me. And when will  they be able to see and be together again;Then asked me, Where the money I promised to send?
  I told them you go and asked A.O.R and Ms. Miller who took your money. In which it was under  $500.00 (five hundred dollars) I had in my pockets that day from the sales of my Football Jerseys.
  I told my kids do not Cry to me.  Go and cry to your new  daddy, Almazan (A.O.R.).  your new slave master and Ms. Miller who all toke my money and your money.   They are crooked Parole Agents
gangsters to take money from a homeless person. Unjustly locked me up all the time for being  Black and homeless. And unjustly deprived me to be and live with my kids. The Plaintiff  is still "outraged." over this injustices and the cruelty.

And the Plaintiff did not received his gate money until almost--a month later after I was- released on  September 1, 2005.
This goes against the defendant creditability. And shows a willingness to sabotage all the defendant's honest quest
to get off parole and find some where I can live in peace.  Other than grave.  Being on this nightmare parole supervision
has actually destroyed and killed my entire family. Destroyed our hopes and dreams in America. That  will not give us
 Black Negroes any justice.  And the fact that A.O.R. deprived this Plaintiff to secure a "permanent residence." Shows malice and deliberate indifference leaving this parolee destitute and Homeless by denying all and any attempts to secure

5.

place to stay and live.  In order to file false reports of absconding. When in fact A.O.R. knew perfectly well where the Plaintiff was, living homeless in Leimert Park in my van under a tree.

Moreover, serveral times while in custody at the Los Angeles Jail during May 31 to June 12, 2007 the Plaintiff talked to Ms. Miller via
Inmate's phone. To **resolve** the issue that Agent Almazan keep on putting false reports that he can not find me. (But like always Agent Almazan rolled-up in his cruiser
parole car on February 28, 2008 at about 7:30pm to continue to oppress and harass the Plaintiff by saying, "You do not want to go back to
prison. Do you?) Therefore, I beg and pleaded with Ms Miller that I, the Plaintiff will come in each monday to her Ms. Miller or the
officer of the Day to report; other than the racist, Agent Almazan.  Ms. Miller did not adhere to my resolution to have Agent Almazan off my case.
 But yet still A.O.R keep calling my cell phone and coming to Leimert Park to continue to harass and oppress me unjustly.

**More facts:**
On or about January 7, 2008 the Plaintiff was order by Agent Almazan to go back into his office. Which Agent Almazan order me to once again to stop me from supporting myself; just to come in and-do all over again something we had resolved 2 years ago. And that is to again partiscipate
 in the same Out Patient program I completed in 2005. But after speaking to Dr. Cox ,who--discharged the plaintiff off the Out Patient program, for the second time.

**The Defendant #4:  Agent Nelson** Appeal processor agent should have conducted a proper and pure investigation to the racism hatred; to the abuse of power; false reports; false imprisonment and the unprofessional misconduct
by the Defendants Almazan and Ms. J. Miller. And should have order an INJUNCTION relief to stop the harassment and retailations. Could have been stop by this defendant Agent Nelson.

 On March 7, 2008 called Agent Nelson at the Department of Correction of the Board of Prison Term
Downtown on 4th St. Los Angeles. To have **Agent Nelson** Grant the Plaintiff's Inmate **"Emergency" 602 Appeal for Discharge** and **To investigate why the Defendants** took money from the plaintiff.
When arresting him on October 4, 2006 at the Parole Office.Nevertheless, Agent Nelson ruled that I must go in to Agent Almazan and Ms. Miller even when the Plaintiff told Agent Nelson **I am in fear of my life**; and that they are desperately trying to provoke me to hate. And the Plaintiff asked Agent Nelson, why not separate us?. When you see there definitely a major problem dealing with people that
actually hate my guts, trying to cause my demise. And for peace sake, why not change me to another parole office? Since I have under 120 days left. And been dealing this problem
ever since the year 2003. And have suffered enough injustice. At the heavy hands of these evil crooked Defendants, Agents Almazan and Ms. Miller.

Moreover, the defendants Almazan and Ms. Miller violated my rights by unjustly denying half-time Credits that is due to this Plaintiff under Penal code 2900 concerning
**Earn Credits**. Another example of the willfull malice of the defendants, being displayed upon this Plaintiff.  In order to cause more suffering unjustly by the tyranny of Agent Almazan and Ms. Miller.

**There is no other Jurisdiction involved in this case.**

Enlightment to the defendant Ms. Miller words to the plaintiff that; "You are not discharge until we say so." Causes a great concern.
Then this complaint raises some serious issues that this Africa Negro plaintiff is**"forever"** in fact, " **state property"**
accordingly to the **DRED SCOTT decision of 1857** by highest court in the land the U.S. Supreme Court in fact
 ruled that any descendants of the African Negro Slave (parolee slave) is "forever" property.-And is not- Gauranteed- the same rights and privileges of an American Citizens. Thus 14th Amendment of United States should be redress.
To reflect the due process." of law as it relates to the Negro Slave African American **forever** being property 3 / 5 rule. State law rules versus The Plaintiff right to be free from an unjust State Law that "perpetuates" slavery in the
form of the Department of Correction and the Board of Prison Terms and its Agencies Body and Private constitutents interest. Working and disguising themselves under the "color of authority" to do their mischief.
And these individuals defendants need to be exposed and prosecuted to the extent of the Law. In order to promote Justice and Truth. And equal protection under the law.

**Arguement:**

If the defendants has the power to **abuse their authority** to continue to make up rules and laws in order to continue to enslave this Plaintiff by given knowingly "false reports" in order to re-incarcerated the Plaintiff.
Then the state laws that governs "State property." through the centuries from "Willie Lynch Law"to the Fugitive Slave Act. to the "Jim Crow " Segregation Laws has turned into " 3 " Strike Law." then the Almazan Law " is forever used to "perpetuate slavery" on the blacks Negro Parolees. Then this law is unjust. "An unjust law is no law at all." And using the Law to do their mischief is a great danger to us all. For injustice anywhere is a threat to justice everywhere.

Thats's why the Plaintiff should be **GRANTED monetary damages--in the amount of $3(three) million dollars.** For actual damages, punitive damages and for being emotional traumatized living in
misery and pain. That was caused by the defendants acting in their own individual capacity. Acting under the color of authority. To do their mischief. Is a clear violation
of the United States Constitution of Amendments of 8th, 13th and 14th that protects all people living under its Jurisdiction. Free from slavery and bonage under Emancipation Proclaimation singed by U.S. President Abramham Lincoln
in 1865. That Guarantees rights to Life, Liberty and pursuit of happiness. As declared in the **Declaration of Independence**. That we all hold this TRUTH to be self-evident that "all men are created equal' under the "**natural law of GOD.**"

**ACCORDINGLY,** this Court Should **GRANT** the Plaintiff's complaint for montary damages and Immediately DISCHARGED this Plaintiff off of parole supervision for
good cause appearing. And to **Grant the INJUNCTION relief** so that no further retaliations or reprisals be--taken against this Plaintiff for filing this complaint. A True cry for Justice.
I do declare that the foregoing is true and correct to the very best of my ability.
Executed on this date **March 12, 2008,**

Respectfully re-submitted, _[signature: Allen Washington]_
March 31, 2008

Allen Washington D-50447 (slave name) In PRO SE.
Plaintiff and Parolee
( a.k.a December I Diefear)
Copy to:
Righteous Elders of
Pasadena and Althadena

And :To the Two Witnesses and
the Angels of the Most HIGH
the Great Living GOD ALMIGHTY I AM.

---

Note: Requested to be published in the Law Review Books on this matter and this Courts findings and decisions in their rulings. This case should set a presidence. To those who choose to come out of great whore of Babylon with all the evil sins in this system.  For righteous exalts a nation but
sin is a reproach to any people. Proverbs. 14: 34. In order to promote JUTICE for everyone. For Injustice anywhere is a Threat to justice everywhere. Therefore, I do declare that
I will speak for those who do not have a voice, in prison ,on the streets, living homeless.  I do proclaim the acceptable year of Jubliee for all my people within the Penal System.
who maybe under some kind of burden. Release those from prison; to bind up the broken hearted; To be Forgiven where there is to be forgiving; to restore the waste land;  Redeem those without Hope in Despair;To save
 the Rejected Ones in Society, in this World; and the Granting of REPARATION of Isiah 61,and proclaim the Year of Jubilee for all people who have faith and love for our Great GOD I AM Leviticus 25 of the Holy Word of GOD in The BIBLE.  And we do declare we are the Tribe of Judah and Selling of Joseph House;whose names have been changed to the so called African Negro Slave. We all are witness of the Racism Hate-crime against the Black man. Like the murder of Jamiel Shaw 17 by racist Latinos Gangs; and the shooting of little black babies in Habor Gateway area of the city of Los Angeles. And the Black Race is "Out Raged" Our GOD told us that we will be hated by "all" Nations as a witness against the World and their evil sins. Our GOD sent our Messiah YA SHUA (Jesus) who Love us to  save us. For over 400 years in American has never ever embraced the Negro Colored Folks. But always been threated as property or Slave Niggers who have been treated worser than any savage beast, animal, or dog.  That is why they call us "Niggas".  That's why we Black Folks must EXODUS and leave American according to  Revelation 18:4. So we can have  TRUE Peace and Justice.  And it was my inalienable GOD given right to say this for the people who can not speak for themselves.  Please Come O' LORD of Lords come LORD of Host Come Now. AMEN.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): ARThUR ALMAZAN Ms. J Miller (Unit Supervisor of Agent) Agent Nelson (Department of Correction B.P.T) SNODDY And All Co-workers 2444 Alameda Div. 3
2. Damages in the sum of $ 1,000,000.00 (1 million dollars)
3. Punitive damages in the sum of $ 2,000,000.00 (2 million dollars)
4. Other: Whatever This Court Deems Just And fitting in additionaly To Deter Evil and To Promote Justice.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

3-12-2008
Date
March, 12, 2008

Signature of Plaintiff
Allen Washington D-50447
(Slave Name).

# Certificate of Achievement

HACIENDA LA PUENTE UNIFIED SCHOOL DISTRICT
HACIENDA LA PUENTE ADULT EDUCATION

This is to certify that

*Allen Washington*

has been awarded this certificate for

**Personal Relationships**

_____
INSTRUCTOR

August 11, 2005
DATE

Exhibits
Exhibits "A"

```
OFQ D50447
         ** CURRENT STATUS **                        DATE OF INQUIRY: 01/24/2008

    D50447    WASHINGTON,ALLEN


                     ***PAROLEE***

         PRIMARY LOCATION---------> REG3    -SO-CENT3
         DATE LAST RELEASED-------> 09/10/2007
         PAROLED------------------> 08/30/2003
         TENTATIVE DISCHARGE DATE-> 07/10/2008
         COUNTY OF RESIDENCE------> LA
         WARRANTS REGISTER STATUS-> NO WANT

         PC296 DNA STATUS --------> COMPLETED

  BIRTHDATE: 12/25/1963 SEX: MALE   ETHNICITY: BLA   CII: A08389214
  HAIR: BLK  EYES: BRO  HEIGHT: 602 WEIGHT: 270  BIRTHPLACE: CA


     LAST MOVE: STS   EFFECTIVE: 09/10/2007   REPORTED: 09/10/2007
```

*Rog Mms* (handwritten)

Agent Nelson

(213) 620-2239

cell
(213) 976-4441

John Chavez

(213) 576-7258

D.50447

Exhibit "B"

(Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Allen Washington

**DEFENDANTS** Arthur Almazan, Ms. J. Miller; Agent Nelson, C.D.C. BPT Department of Correction Board of

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Prison Terms
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 42 U.S.C. § 1983
Brief description of cause: Racism Hatred, Abuse of Authority, False Imprisonment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 3 million (3) Three Million dollars
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____